1  P. Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  415-450-0100 (tel.)
5
   Attorneys for Plaintiff
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>KAVA HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No: 2:23-cv-9266<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

The parties jointly move for an Order dismissing the case with prejudice, with each party to bear her/its own attorneys' fees, costs and expenses. A proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 19th day of January, 2024.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik
Attorneys for Plaintiff

/s/ Peter B. Maretz
Peter B. Maretz
Attorneys for Defendant